**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **CLARIMUNDO DASILVA,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **v.** | **)**    **Civil Action No. 26-11585-BEM** |
| | **)** |
| **UNITED STATES OF AMERICA, et al.,** | **)** |
| | **)** |
| **Defendants.** | **)** |

**ORDER**

**MURPHY, J.**

In this action, Clarimundo DaSilva, who is proceeding *pro se*, alleges that he was subjected to discriminatory treatment during a 2015 search of his home by employees of the Federal Bureau of Investigation.  Dkt. 1.  With his complaint, Mr. DaSilva filed a motion for leave to proceed *in forma pauperis*.  Dkt. 2.

On May 4, 2026, the Court denied without prejudice the motion for leave to proceed *in forma pauperis* as incomplete and concluded that his claims were not viable.  Dkt. 4.  The Court found that even if Mr. DaSilva's clams are not barred by the applicable limitations period, the claims against the United States and the FBI are subject to dismissal under the doctrine of sovereign immunity.  *Id.*  The Court stated that if he wishes to proceed with this action, he was required to file a new motion for leave to proceed *in forma pauperis* and an amended complaint that states a plausible claim for relief.  *Id.*

On May 11, 2026, Mr. DaSilva filed a motion for reconsideration, Dkt. 6, and a new motion for leave to proceed *in forma pauperis*.  Dkt. 7.  Mr. DaSilva's motion for reconsideration does

not address the legal impediments to his claims that the Court identified in its May 4, 2026 Memorandum and Order.  Dkt. 6.  As to the motion for leave to proceed *in forma pauperis*, Mr. DaSilva again failed to answer Question 5 concerning anything of value that he owns.  Dkt. 7.

Accordingly, the motion for leave to proceed *in forma pauperis*, Dkt. 2, is denied, and this action is DISMISSED for the reasons set forth in the Court's May 4, 2026 Memorandum and Order.

**So Ordered.**

/s/ Brian E. Murphy
Brian E. Murphy
Dated:  July 27, 2026                         Judge, United States District Court